# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Hyun Jim Kim,

Plaintiff(s),

v.

Maha, Inc., et al.,

Defendant(s).

Case No. 22 C 2375
Judge Lindsay C. Jenkins

## SECOND AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

　　which ☐ includes　　pre–judgment interest.
　　☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered against Defendants and in favor of Plaintiff pursuant to FRCP 58(b) in the amount of $411,911.71, plus post-judgment interest assessed from November 22, 2024 (the date judgment was originally entered) until payment is made as set forth in 28 U.S.C. § 1961. This judgment shall include costs and attorney's fees incurred during the collection process.

This action was *(check one)*:

☒ tried by a jury with Judge Lindsay C. Jenkins presiding, and the jury has rendered a verdict.
☐ tried by Judge Lindsay C. Jenkins without a jury and the above decision was reached.
☐ decided by Judge Lindsay C. Jenkins.

Date: 12/17/2024

Thomas G. Bruton, Clerk of Court

Jackie Deanes, Deputy Clerk